Commonwealth *v.* Stancell, Appellant.

Submitted September 9, 1968. *Mervyn R. Turk*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Stevens, Appellant.

Submitted September 9, 1968. *John W. Packel* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Anthony Gilbert Bateman* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Szczesny, Appellant.

Submitted September 9, 1968. *Harry L. Green, Jr.*, Assistant Public Defender, for appellant; *Henry T. Crocker* and *Richard A. Devlin*, Assistant District Attorneys, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.